**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DAVID W. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
NANCY C. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
MIKE BLOOMQUIST, as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, Trustee of Old Oak Holding Trust, Trust Officer of United Asset Management Trust Company, Trustee of Old Oak Holding Trust, and as Trust Officer of United Asset Management Trust Company, Trustee of High Mountain Holding Trust,
ARTHUR C. DAVENPORT,
IRENA MELBA DAVENPORT,
THE TUDOR CORPORATION, and
FIRST NATIONAL BANK OF PAONIA,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT IRENA MELBA DAVENPORT

**Blackburn, J.**

    The matter before the court is the **Notice of Voluntary Dismissal of Defendant Irena Melba Davenport** [#4], filed January 10, 2007.  After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claim against defendant Irena Melba Davenport should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Voluntary Dismissal of Defendant Irena Melba Davenport** [#4], filed January 10, 2007, is **APPROVED**;

2.  That plaintiff's claims against defendant Irena Melba Davenport **ARE DISMISSED**; and

3.  That defendant, Irena Melba Davenport, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 10, 2007, at Denver, Colorado.

        **BY THE COURT:**

        s/ Robert E. Blackburn
        **Robert E. Blackburn**
        **United States District Judge**