**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

     Plaintiffs,

v.

DAVID W. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
NANCY C. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
MIKE BLOOMQUIST, as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, Trustee of Old Oak Holding Trust, Trust Officer of United Asset Management Trust Company, Trustee of Old Oak Holding Trust, and as Trust Officer of United Asset Management Trust Company, Trustee of High Mountain Holding Trust,
ARTHUR C. DAVENPORT,
THE TUDOR CORPORATION, and
FIRST NATIONAL BANK OF PAONIA,

     Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT MIKE BLOOMQUIST ONLY**

**Blackburn, J.**

The matter before the court is the **Stipulation and Order of Dismissal of Defendant Mike Bloomquist Without Prejudice** [#42], filed March 28, 2007.[1] After careful review of the stipulation, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant, Mike Bloomquist, should be dismissed without prejudice.

---

[1] Counsel are directed to **D.C.COLO.LCivR 7.1Fb**, which requires that "[a] proposed order must be on separate paper, bear a separate caption. and set out clearly the order's basis and terms."

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Order of Dismissal of Defendant Mike Bloomquist Without Prejudice** [#42], filed March 28, 2007, is **APPROVED**;

2. That plaintiff's claims against defendant, Mike Bloomquist, **ARE DISMISSED WITHOUT PREJUDICE** with those parties to pay their own attorney fees and costs;

3. That defendant, Mike Bloomquist, is **DROPPED** as a named party to this action, and the case caption is amended accordingly; and

4. That any pending motion filed on behalf of defendant, Mike Bloomquist, is **DENIED** as moot.

Dated March 28, 2007, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**