IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID W. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
NANCY C. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
ARTHUR C. DAVENPORT;
IRENA MELBA DAVENPORT;
THE TUDOR CORPORATION; and
FIRST NATIONAL BANK OF PAONIA;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 30, 2007.**

      Plaintiff United States' Unopposed Motion to File and Amended Complaint [Filed March 29, 2007; Docket #44] is **granted**. The Clerk of the Court is directed to file Docket #44-2, pages 2 – 19, as Plaintiff's Amended Complaint.