IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DAVID W. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
NANCY C. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
W. W. INVESTMENT GROUP, LLC, as Trustee of Old Oak Holding Trust;
ARTHUR C. DAVENPORT;
THE TUDOR CORPORATION; and
FIRST NATIONAL BANK OF PAONIA;

     Defendants.
_____

## ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

     Before the Court is United States' Motion for Leave to Depose a Person Confined in Prison [Docket #61]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Defendant David W. Goldston is incarcerated in FCI-Bennettsville. Plaintiff has contacted officials at the FCI-Bennettsville and are prepared to make the necessary arrangements for the deposition.

     Based upon a review of the record herein, the court finds that the discovery sought by the Plaintiff through Mr. Goldston's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

     Accordingly, the United States' Motion for Leave to Depose a Person Confined in Prison [Filed June 8, 2007; Docket #61] is **granted**. The deposition is subject to the limitations of Rule

30(d) and further subject to all rules and regulations which Mr. Goldston's place of incarceration may impose in connection with its accommodation of the deposition.

Dated at Denver, Colorado this 11th day of June, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge