IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID W. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
NANCY C. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
W. W. INVESTMENT GROUP, LLC, as Trustee of Old Oak Holding Trust;
ARTHUR C. DAVENPORT;
THE TUDOR CORPORATION; and
FIRST NATIONAL BANK OF PAONIA;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 19, 2007.**

      Defendant W.W. Investment Group, LLC, Trustee of Old Oak Holding Trust, Motion for Order Allowing Leave to File Amended Answer and Other Responses to Tudor Corporation's Third-party Complaint [Filed June 15, 2007; Docket #66] is **denied without prejudice**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Defendant's notation that a response has not been received from Defendant and Third-Party Plaintiff Tudor Corporation is insufficient to satisfy Rule 7.1.A.

      Defendant is further cautioned that all future pleadings shall comply with D.C.Colo.L.Civ.R. 10.1, Format and Copies of Papers Presented for Filing, or pleadings not complying with Rule 10.1 may be stricken.