IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
NANCY C. GOLDSTON, individually and as trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust;
W. W. INVESTMENT GROUP, LLC, as Trustee of Old Oak Holding Trust;
ARTHUR C. DAVENPORT;
THE TUDOR CORPORATION; and
FIRST NATIONAL BANK OF PAONIA;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 19, 2007.**

    Defendant W.W. Investment Group, LLC, Trustee of Old Oak Holding Trust, renewed and unopposed Motion for Order Allowing Leave to File Amended Answer and Other Responses to Tudor Corporation's Third-party Complaint [Filed June 19, 2007; Docket #71] is **granted**. The Clerk of the Court is directed to file Docket #71-2 as Defendant W.W. Investment Group, LLC, Trustee of Old Oak Holding Trust's Amended Answer.