**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiffs,
v.

DAVID W. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
NANCY C. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
ARTHUR C. DAVENPORT,
THE TUDOR CORPORATION, and
FIRST NATIONAL BANK OF PAONIA,

    Defendants.

---

**MINUTE [1] ORDER**

---

    The matter before the court is the **Withdrawal of W.W. Investment Group, LLC Motion to Dismiss or Stay Cross-Claims and Third-Party Complaint** [#81], filed July 26, 2007.  The court construes this pleading as a motion to withdraw the motion to dismiss or stay cross-claims and third-party complaint.  The motion is **DENIED** as moot.  This motion was contained in **Defendant W.W. Investment Group, LLC, Trustee of Old Oak Holding Trust Answer and Other Responses to United States Amended Complaint and Tudor Corporation Cross-Claims** [#59], filed May 18, 2007, which is in violation of D.C.COLO.L.Civ.R. 7.1C.

    Dated:  July 27, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.