**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

      Plaintiffs,

v.

DAVID W. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
NANCY C. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
W.W. INVESTMENT GROUP, LLC, as Trustee of Old Oak Holding Trust,
ARTHUR C. DAVENPORT,
THE TUDOR CORPORATION, and
FIRST NATIONAL BANK OF PAONIA,

      Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANTS W.W. INVESTMENT GROUP, LLC, AND
THE TUDOR CORPORATION**

**Blackburn, J.**

The matter comes before the court on the **United States Unopposed Motion To Dismiss** [#93], filed September 27, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendants, W.W. Investment Gorup, LLC, and The Tudor Corporation, should be dismissed.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **United States Unopposed Motion To Dismiss** [#93], filed September 27, 2007, is **GRANTED**;

2.  That plaintiff's claims against defendants, W.W. Investment Gorup, LLC, and The Tudor Corporation, are **DISMISSED**;

3.  That any pending motion filed on behalf of either W.W. Investment Gorup, LLC, or The Tudor Corporation is **DENIED** as moot; and

4.  That defendants, W.W. Investment Gorup, LLC, and The Tudor Corporation, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated September 28, 2007, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**