**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 06-cv-02153-REB-KLM** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date: October 01, 2007** | Courtroom Deputy,  Ellen E. Miller |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Karen L. Pound |
|     **Plaintiff(s),** | |
| v. | |
| | |
| DAVID W. GOLDSTON, individually and | Pro Se    (by telephone) |
| as Trustee of Old Times Holding Trust, | |
| Trustee of High Mountain Holding Trust, | |
| and Trustee of Old Oak Holding Trust, | |
| NANCY C. GOLDSTON, | Pro Se    (by telephone) |
| individually and | |
| as Trustee of Old Times Holding Trust, | |
| Trustee of High Mountain Holding Trust | |
| and Trustee of Old Oak Holding Trust, | |
| ARTHUR C.  DAVENPORT,  and | - - no appearance - - |
| FIRST NATIONAL BANK OF PAONIA, | |
| | |
|     **Defendant(s).** | |

_____
### COURTROOM   MINUTES  /  MINUTE  ORDER
_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:**     9:00 a.m.
Court calls case.    In court appearance of Plaintiff counsel;  *Pro Se* Defendants by telephone.

Discussion is held regarding the Defendants' pursuit of Fifth Amendment protection and its applicability in this case.

Discussion is held regarding a letter Mrs. Goldston states she received from an I.R.S. Agent.  The Court directs Mrs. Goldston to send a copy of the letter to the Court, with this civil action number on the letter.

The Court raises Plaintiff's Motion to Compel [Docket No. 86] and Plaintiff's Second Unopposed Motion for Extension of Discovery and Scheduling Order Deadlines [Docket No. 88] for discussion.

**It is ORDERED:**   Plaintiff's MOTION TO COMPEL [Docket No. **86,** Filed September 05, 2007] is **GRANTED IN PART AND TAKEN UNDER ADVISEMENT IN PART** for the reasons set forth on the record.

The Motion to Compel is Granted in that the Court overrules Nancy Goldston's assertions of privilege and orders her to attend and properly respond to deposition questions. The deposition of Nancy Goldston shall be reopened and scheduled at the parties' earliest convenience. Mrs. Goldston shall properly respond to deposition questions, interrogatories, and requests for production of documents.

The Motion to Compel is Taken Under Advisement as to whether or not David Goldston's blanket assertion of a Fifth Amendment privilege should be overruled and Dr. Goldston then be ordered to properly respond to deposition questions, interrogatories, and requests for production of documents.

**It is ORDERED:**   Plaintiff's SECOND UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY AND SCHEDULING ORDER DEADLINES [Docket No. 88, Filed September 05, 2007] is **TAKEN UNDER ADVISEMENT** for the reasons set forth on the record.

As the discovery deadline is passed, David Goldston makes an Oral Motion for Extension of Deadlines to allow him to serve twelve (12) interrogatories on the Plaintiff.

**It is ORDERED:**   Defendant David Goldston's ORAL MOTION TO EXTEND DISCOVERY DEADLINE is **TAKEN UNDER ADVISEMENT** for the reasons set forth on the record.

The Court will issue its written Order addressing the issues taken under advisement.

The Court verifies with David Goldston that his current address is the address on file with the Court.

HEARING CONCLUDES.

**Court in recess:**   9:29 a.m.
Total In-Court Time:   00:29