# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DAVID W. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
NANCY C. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
ARTHUR C. DAVENPORT, and
FIRST NATIONAL BANK OF PAONIA,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **United States' Response To Order To Show Cause** [#102], filed October 4, 2007. After reviewing the response to the show cause order and the file, the court has concluded that the **United States' Motion To Consolidate** [#57], filed April 19, 2007, should be denied as moot.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **United States' Motion To Consolidate** [#57], filed April 19, 2007, is **DENIED** as moot; and

    2. That the **Order To Show Cause** [#101], entered October 3, 2007, is **DISCHARGED**.

    Dated: October 4, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.