IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02153-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

DAVID W.  GOLDSTON, individually and as Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
NANCY C.  GOLDSTON, individually and as a Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
WW INVESTMENT GROUP LLC, as Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
ARTHUR C.  DAVENPORT, and
FIRST NATIONAL BANK OF PAONIA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff United States' Motion to File a Second Amended Complaint [Docket No. 97, Filed October 3, 2007] ("the Motion").  Plaintiff seeks to amend the First Amended Complaint by (1) removing The Tudor Corporation and W.W. Investment Group, LLC as Defendants; (2) removing Count III; (3) adding W.W. Investment Group, LLC as a Defendant, but in the capacity as trustee of Old Times Holding Trust and High Mountain Holding Trust; (4) correcting names and addresses of certain Defendants; and (5) correcting nonsubstantive typographical errors.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part, DENIED in part**, as explained below.

    To the extent the Motion seeks to (1) remove The Tudor Corporation and W.W. Investment Group, LLC as Defendants and (2) remove Count III from the First Amended Complaint, the Motion is **denied as moot**.  By Order dated September 27, 2007 [Docket

No. 94], the Court granted Plaintiff's Unopposed Motion to Dismiss [Docket No. 93], thereby dismissing the above-referenced parties and dropping them as named-parties from the caption.  While the Order did not specifically reference the removal of Count III from the First Amended Complaint, Plaintiff's Unopposed Motion to Dismiss sought that relief, and the Court granted Plaintiff's motion in its entirety.

To the extent the Motion seeks to (3) add W.W. Investment Group, LLC in its capacity as trustee of Old Times Holding Trust and High Mountain Holding Trust; (4) correct names and addresses; and (5) correct nonsubstantive typographical errors, that request is **granted**.

The Clerk is directed to accept Plaintiff's Second Amended Complaint [filed as Docket No. 97-2] and docket it as of the date of this Order.  The parties are directed to use the caption set forth in the Second Amended Complaint in all future pleadings in this matter.

Dated:  October 5, 2007