**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02153-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DAVID W. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
NANCY C. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust,
ARTHUR C. DAVENPORT, and
FIRST NATIONAL BANK OF PAONIA,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Unopposed Motion To Vacate and Reset Trial Dates** [#69], filed June 15, 2007. The motion is **DENIED** as moot because (1) the defendant who filed the motion has now been dismissed from the lawsuit (*see* **Order of Dismissal As To Defendants W.W. Investment Group, LLC, and The Tudor Corporation** [#94], filed September 27, 2007), obviating the purported scheduling conflict asserted in the motion; and (2) the substantive basis for the motion – that the parties sought to consolidate this case with 07-cv-00689-EWN-CBS – has evanesced now that the later-filed case has been dismissed (*see* **Minute Order** [#103], filed October 4, 2007).

    Dated: October 19, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.