IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

DAVID W. GOLDSTON, individually and as Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
NANCY C. GOLDSTON, individually and as a Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
WW INVESTMENT GROUP, LLC, as Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
ARTHUR C. DAVENPORT, and
FIRST NATIONAL BANK OF PAONIA,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant David W. Goldston's Motion to Compel Plaintiff to Answer Defendants [sic] Interrogatories Production of Documents and Produce and Disclose Taxpayer Information [Docket No. 162; Filed April 22, 2008] ("Motion to Compel").

    IT IS HEREBY **ORDERED** that the Motion to Compel is **DENIED without prejudice**. Defendant may refile the motion if he satisfies the following three conditions:

    (1) Defendant must comply with D.C. Colo. L. Civ. R. 7.1(A), which requires that a party make a good faith effort to confer with the opposing party to attempt to resolve the substance of the motion prior to its filing;

    (2) Defendant must also comply with Local Rule 7.1(A) and Fed. R. Civ. P. 37, which require that a party certify to the court that he conferred in good faith with the opposing party prior to filing a motion to compel; and

    (3) Defendant must comply with Local Rule 37.1, which requires that a party set forth in the motion to compel the discovery requests that are in dispute and provide "verbatim the interrogatory, document request, and response to which the motion is directed."

    Although Plaintiff is proceeding *pro se*, and therefore receives the benefit of relaxed

pleading standards, Plaintiff remains obligated to follow the rules of the Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

Dated: April 30, 2008