IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

DAVID W. GOLDSTON, individually and as Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
NANCY C. GOLDSTON, individually and as a Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
WW INVESTMENT GROUP, LLC, as Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust,
ARTHUR C. DAVENPORT, and
FIRST NATIONAL BANK OF PAONIA,

    Defendant(s).
_____
**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants David W. Goldston and Nancy C. [sic] Goldston's Motion & Declaration to Appear Telephonically** [Docket No. 196; Filed June 4, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Goldston Defendants may appear telephonically at the Final Pretrial Conference on June 12, 2008 at 10:00 a.m. The Court has already granted permission to Defendant WW's counsel, Alan Richey, to appear by telephone at the Final Pretrial Conference [Docket No. 188]. Given technological constraints of the courtroom, on the date and time set for the conference, Defendant WW's counsel shall arrange a <u>conference call</u> with the Goldston Defendants and contact the Court on a single telephone line at **(303) 335-2770** to participate.

Dated: June 6, 2008