**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02153-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DAVID W. GOLDSTON, individually and as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust, et al.,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#184], filed May 23, 2008; (2) **Defendant Trustee's Objections to the Magistrate's Report & Recommendation** [#207], filed June 12, 2008. I overrule the objections, approve and adopt the recommendation, and direct that default judgment be entered against defendant, WW Investment Group, LLC, as a sanction for its dilatory conduct in discovery and its inexcusable disregard of the magistrate judge's discovery orders.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which cognizable objections have been filed, and have considered carefully the recommendations, the objections, and the applicable case law. The recommendation is detailed and well-reasoned. Defendant's objections are imponderous and without merit. Therefore, I find and conclude that the arguments

advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#184], filed May 23, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections presented in **Defendant Trustee's Objections to the Magistrate's Report & Recommendation** [#207], filed June 12, 2008, are **OVERRULED**; and

3. That default judgment as to liability **SHALL ENTER** on behalf of plaintiff, the United States of America, and against defendant, WW Investment Group, LLC, as Trustee of Old Times Holding Trust, and Trustee of High Mountain Holding Trust, on all claims and causes of action asserted herein against it as a sanction for its dilatory conduct in discovery and failure to comply with the court's discovery orders.

Dated July 28, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**