IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-02153-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DAVID W. GOLDSTON, individually an as Trustee of Old Times Holding Trust, Trustee of High Mountain Holding Trust, and Trustee of Old Oak Holding Trust, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte* to vacate the trial preparation conference set for September 12, 2008, and the trial to court set to commence September 15, 2008, due to the commencement of the criminal trial in Durango, Colorado, in 07-cr-00371-REB-03, ***USA v. Headman***.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the Trial Preparation Conference set for September 12, 2008, and the trial to the court set to commence September 15, 2008, are **VACATED**;

    2. That by separate order the court will set up a telephonic conference call in order to reset the trial preparation conference and trial to court in this matter; and

    3. That **Defendant WW Investment Group, LLC's Unopposed Motion For Stay of Trial** [#225] filed September 3, 2008, is **DENIED** as moot.

    Dated: September 5, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.