IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-PAB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID W. GOLDSTON, individually and
as Trustee of Old Times Holding Trust and
Trustee of High Mountain Holding Trust;
NANCY S. GOLDSTON, individually and
as Trustee of Old Times Holding Trust and
Trustee of High Mountain Holding Trust;
W.W. INVESTMENT GROUP, LLC, as
Trustee of Old Times Holding Trust and
Trustee of High Mountain Holding Trust;
ARTHUR C. DAVENPORT; and
FIRST NATIONAL BANK OF PAONIA,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on Defendant WW Investment Group, LLC's Objections to Proposed Judgment and Proposed Order of Foreclosure and Judicial Sale [Docket No. 237] and Defendant David W. Goldston's Objections to Proposed Judgment and Proposed Order of Foreclosure and Judicial Sale [Docket No. 243]. Plaintiff has filed a response to objections. [Docket No. 245]. The Court agrees with plaintiff that, given the Court's order [Docket No. 217] that default judgment enter against W.W. Investment Group, that defendant may not have standing to object to plaintiff's proposed judgment. However, even if W.W. Investment Group does have

standing to object, the Court has considered and overrules its objections, which are addressed in plaintiff's revised proposed judgment.

Entry of judgment in this case does not depend on resolution of the case pending in the United States District Court for the Middle District of Florida, *United States v. Goldston*, Case No. 8:06-cv-01873-JSM-TBM, especially given that the United States has agreed not to seek foreclosure of the properties in question until the Florida litigation is resolved. *See* Docket No. 245 at 10-11. Thus, the objections of Dr. Goldston are overruled.

DATED March 30, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge