IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02153-PAB-KLM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DAVID W. GOLDSTON, individually and
as Trustee of Old Times Holding Trust and
Trustee of High Mountain Holding Trust;
NANCY S. GOLDSTON, individually and
as Trustee of Old Times Holding Trust and
Trustee of High Mountain Holding Trust;
W.W. INVESTMENT GROUP, LLC, as
Trustee of Old Times Holding Trust and
Trustee of High Mountain Holding Trust;
ARTHUR C. DAVENPORT; and
FIRST NATIONAL BANK OF PAONIA,

   Defendants.

_____

## ORDER
_____

This matter comes before the Court *sua sponte*. This a case where the United States is seeking to foreclose federal tax liens against certain parcels of real property and apply the monies from the foreclosures to defendant David W. Goldston's outstanding federal tax liability for tax year 1991. On January 12, 2007, defendants First National Bank of Paonia and Arthur C. Davenport filed separate disclaimers of interest in the property at interest in this case [Docket Nos. 8 and 9]. The United States has not otherwise sought to involve or take action against these defendants and has

not included any reference to these defendants in its proposed Judgment. *See* Docket No. 236-2. Thus, it is hereby

ORDERED that defendants First National Bank of Paonia and Arthur C. Davenport are dismissed without prejudice.

DATED March 31, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge